# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE VALDEZ, an individual, | |
| Plaintiff, | Case No. 2:15-CV-02154-JAD-GWF |
| vs. | **ORDER** |
| STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; JAMES G. COX: Dir of the (NDOC); OFFICER PETERSON; OFFICER HUNKER, | **Motion for Extension (#6)** |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Extension of Time to File Joint Status Report (#6), filed on December 10, 2015. Upon review and consideration, the Court finds that Defendant has shown good cause to extend the time to file the Joint Status Report. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion for Extension of Time to File Joint Status Report (#6) is **granted**. The parties have until **January 14, 2016** to submit a Joint Status Report.

DATED this 16th day of December, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge