# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSE VALDEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, ex. rel. NEVADA DEPARTMENT OF CORRECTIONS; JAMES G. COX: Dir of the (NDOC); OFFICER PETERSON; OFFICER HUNKER,<br><br>　　　　　Defendant. | Case No. 2:15-CV-02154-JAD-GWF<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Compel Witness to Sign Affidavit (#10) and Plaintiff's Motion for a Court Order to Obtain Grievance Record (#11), filed on January 8, 2016. Also before the Court is Plaintiff's Motion to Compel an Answer to Complaint (#12), filed on January 19, 2016.

Defendants removed the above-entitled action to this Court on November 12, 2015. *See Petition for Removal* (#1). Following removal, the Court will conduct a screening of Plaintiff's complaint pursuant to 28 U.S.C. § 1915A. To date, the Court has not issued its screening order in this matter and will do so in due course. Therefore, Plaintiff's motions are premature as litigation of this matter has not yet commenced. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Witness to Sign Affidavit (#10) is **denied** without prejudice as premature.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for a Court Order to Obtain Grievance Record (#11) is **denied** without prejudice as premature.

. . .

. . .

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Compel an Answer to Complaint (#12) is **denied** without prejudice as premature.

DATED this 21st day of January, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge