**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JOSE VALDEZ,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　)　　　2:15-cv-02154-JAD-GWF
　　　　　　　　　　　　　　　　　　)
NEVADA DEPARTMENT OF　　　　　　　 )　　　**ORDER**
CORRECTIONS et al.,　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendants.　　　　　　　　 )
_____

**I.　DISCUSSION**

　　　　The Inmate Early Mediation Conference for this case is scheduled for August 26, 2016. (ECF No. 16). The stay is set to expire before that date. (*See* ECF No. 14). Defendants have filed a motion to extend the stay through August 29, 2016. (ECF No. 17 at 2). The Court grants the motion to extend the stay through August 29, 2016. Defendants shall file their status report on or before August 29, 2016.

**II.　CONCLUSION**

　　　　For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 17) is granted. Defendants shall file their status report on or before August 29, 2016.

　　　　DATED: This 7th day of June, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge